**Judith Ann Weishaar Lytle, Plaintiff-Appellee, v. Jewel Tea Company, Inc., Defendant-Appellant.**

**Gen. No. 49,785.** █

First District, Second Division.

September 14, 1965.

Rehearing denied October 5, 1965.

Hubbard, Hubbard, O'Brien & Hall, of Chicago, for appellant; Sheldon Deutsch and Sidney Sherman, of Chicago (Sheldon Deutsch, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.